M/D 1

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA 2014 APR 16 A 11: 23

_Terry Reed_

Full name and prison name of
Plaintiff(s)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

1) _Russell Thomas, Sheriff_
2) _Olivia Pearson, administrator_
   , _administrator_
3) _County Board of Commiss-_
   _ioner_

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:14-cv-284-MEF-CSC
(To be supplied by Clerk of U.S. District
Court)

_42 U.S.C. § 1983_
_"Individual and official capacity"_
_Plaintiff request Jury Trial._

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or
        similar facts involved in this action?   YES ☐   No ☑

   B.   Have you begun other lawsuits in state or federal court relating to your
        imprisonment?         YES ☐        NO ☑

   C.   If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of paper,
        using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff (s) _____

             _____

             Defendant(s) _____

             _____

        2.   Court (if federal court, name the district; if state court, name the county)

             _____

             _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Federal Corr. Complex ;_
_P.o. Box 5888 (Yazoo Medium) ; Yazoo city, MS 39194_
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Pike County_
_Jail; 120 W. Church street ; Troy, AL 36081_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS
1. _Russell Thomas; 120 W. Church ST ; Troy, AL 36081_
2. _Olivia Pearson; 120 W. Church ST; Troy, AL 36081_
3. _(Pike County Sheriff's department/courthouse/jail address)_
4. _County Board of Commission/ 120 W. Church ST,_
5. _Troy, AL 36081_
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _7/16/2013 - Thru -_
_Nov 11, 2013_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Violation 14 TH, 8 TH, 5 TH Amendment_
_Inadequant Medical Care, No recreation, No_
_Law-Library, and sleeping on the floor_
_of the jail. Russell Thomas and Olivia Pearson_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Olivia Pearson did not allow Terry Reed to be screen by medical for any STD's, injuries etcedc. did not allow no firm of law-library to preserve my rights on pending cases.

GROUND TWO: Violation of 14TH, 8TH, Amendment Olivia Pearson did not allow me to receive medical attention.

SUPPORTING FACTS: On around Aug/2013 I were schedule to see Mental Health and were denied to attend appointment. As well as requested to visit by Doctor Chapman and were denied by Olivia Pearson acting Administrative

GROUND THREE: Violation of 1rst 14TH 8TH 5TH Amendment free from retailiation to being assault. And protected — Olivia Pearson

SUPPORTING FACTS: I were attacked by two inmates who later reveal that Olivia Pearson advice and conspired for them to assault me & Because I keep making verbally and written grievance complaints against the jail.

Continue next attached pages →

(Con't)

Ground Four: Violation of the 5th and 14th Amendment right to due process of Law, Russell Thomas, Sheriff and Olivia Pearson, administrator; County Board Commissioner. Also No Safety and Security.

Supporting Facts: I have a due process right to have access to the Courts, by the jail providing a adequate law-Library, adequate medical care, and daily recreation. Russell Thomas as Sheriff, and County Board Commissioner had full Knowledge of these well-establish Constitutional Laws and Continue to violate year after year!!! And there is no safety and security at the jail.

Ground Five: Olivia Pearson, administrator In violation of the 1rst Amendment Retailiation.

Supporting Facts: Olivia Pearson, administrator retailiated against Terry Reed for filing grievance complaint in writing/verbally about the Pike County Crucial Condictions. Olivia Pearson retailiated by placing Terry Reed in a Isolation cell with no visitation rights, No phone, no access to the media/press without due process of Law, and further retailiated because Terry Reed took photos with cell-phone of Pike County Jail Condiction.

Ground Six: In violation of the 5th Amendment Right to due process of Law Russell Thomas, Olivia Pearson; County Board Commissioner.   (Continue Next Page)

(con't)

Supporting Facts: Russell Thomas, olivia Pearson, nor Board of Commissioner have a grievance System available for a inmate to place grievance, this is a tactic to infringe on a inmate constitutional right to grieve the County jail critical conditions, nor will olivia Pearson and other County jail employee's afford a inmate the opportunity to get "Sworn Affidavit Notarize about the County jail in violation of the constitutional law's & [no available remedy existed through grievance process---however, Terry Reed grieve to Russell Thomas, olivia Pearson, and the "Chief Judge" of the middle District federal Court.

Ground SEVEN: In violation of the 8th Amendment Cruel and unusual punishment-Russell Thomas, olivia Pearson.

Supporting Facts: Had Terry Reed and other inmates sleeping on the floor with over 12 inmates in a 8x12 cell with roaches and other strange insects crawling over him, breathing in chemicals from chip paint, sleeping by and breathing in a over flow Sewer drain with no cover, no ventilation system-Reed remain in cell with no medical treatment difficult breathing out his n-strilo, black pain, and chest pain.

Ground Eight: Violation of 1st Amendment Right to practice religion-Russell, olivia, board of commur.

Supporting Facts: Place a Substantial burden on Terry Reed on his ability to practice his religious.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Find defendants liable for $15,000,000.00 (fifteen million
dollars) in punitive damages; $15,000,000.00 (fifteen
million dollars) in compensatory damages; $15,000,000.00
(fifteen million dollars) in Declaratory damages;
and attorney fees.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/14/2014___
                (Date)

Signature of plaintiff(s)



TERRY M. REED #14960057
Federal Correctional Complex
P.O. Box 5888 (YAZOO MEDIUM)
YAZOO CITY, MS 39194

4/14/2014
Confidential
Legal Mail

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ONE CHURCH STREET, Suite B-110
MONTGOMERY, ALABAMA
36104-4018