IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY REED, #14960-052, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:14-cv-284-MEF |
| ) | WO |
| RUSSELL THOMAS, SHERIFF, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On May 16, 2014, the Magistrate Judge filed a Recommendation (Doc. #9) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's claims against the Pike County Board of commissioners is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

3. This case, with respect to plaintiff's claims against the remaining defendants, is referred back to the Magistrate Judge for additional proceedings.

DONE this the 9th day of June, 2014.

                                              /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE